**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HARRY ROSADO & DUANE MAAS, on behalf of themselves and others similarly situated,**

        **Plaintiffs,**

**-vs-**                          **Case No.  6:13-cv-1727-Orl-28KRS**

**SUPERIOR AIRCRAFT SERVICES, INC.,**

        **Defendant.**

_____

# ORDER

This case is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and For Dismissal with Prejudice (Doc. No. 27) filed April 24, 2014.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 9, 2014 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Court finds that the settlement agreements between Plaintiffs and Superior Aircraft are fair and reasonable resolutions of bona fide disputes over Fair Labor Standard Act provisions.

   3.   The Joint Motion for Approval of Settlement Agreement and For Dismissal with Prejudice (Doc. No. 27) is **GRANTED in part.**  The Settlement Agreements are approved.

   4.   The parties' request for the Court to retain jurisdiction is **DENIED**.

   5.   Counsel for Plaintiffs is prohibited from withholding any portion of the $15,000.00 payable to Plaintiff Rosado, $13,000.00 payable to Plaintiff Maas, $8,500.00 payable to Plaintiff Bautista, and $4,000.00 payable to Plaintiff Vazquez under their respective settlement agreements pursuant to a contingent fee agreement or otherwise.

   6.   Counsel for Plaintiffs shall provide a copy of this Order to each Plaintiff.

   7.   This case is dismissed with prejudice and the Clerk of the Court is directed to close this file.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida this 12th day of June, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record